UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

       v.  :  NO. 3:07CR292(EBB)

DARRYL LEWIS  :

## RULING ON MOTION TO DISMISS INDICTMENT PURSUANT TO 18 U.S.C. § 3162(A)(2)

The motion to dismiss is granted without prejudice, memorandum to follow.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 14th day of September, 2009.